IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2006 CV 01159-EWN-BNB

CNA SURETY, a/k/a (WESTERN SURETY COMPANY), A South Dakota Corporation,

Petitioner,

vs.

AMY BARNETT, ANNE BLAIR, BRENDA BOUSSON, CHRISTINA COLBY, KEVIN COLBY, DEBORAH COMBS, DON DAVIDSON, TONIA DEMPS, JAMIE P. DUBS, FIRESIDE BANK, FIRST FINANCIAL, KERRI FREEMAN, PHILISSA E. GILLIARD, LOUIS GOMEZ, RUDOLPH GOMEZ, JAMES S. GOSNEL, LORNA HAY, REGINALD HODGE, TAMMY JENSEN, CHERIE JORDACHE, JERRETH MATHEWIS, DENA MCCLAIN, MICHAEL MCKINNON, STEPHEN E. MILLIGAN, MELISSA MOSS, NARVEL POMELLS, MURSHIN A. REDMOND, SHADRICK ROUNDS, REBECCA STITES, TRAVIS TALLEY, PATRIC TAYLOR, TREMAYNE TAYLOR, STACI M. TURNER, GERTHA WALKER, CLAY WILLHITE, TERISH WILLIAMS, MARK D. WINKLER.

Respondents.

---

## ORDER REGARDING CASE MANAGEMENT PROCEDURE

---

The Court having received and considered Petitioner CNA Surety a/k/a Western Surety Company's Motion to Approve Case Management Procedure and being duly apprised in the premises, hereby ORDERS that the following case management procedure be followed in this case:

    1.    Pursuant to Fed. R. Civ. P. 4, Petitioner shall personally serve those potential claimants who have not agreed by January 26, 2007, to waive service of the Petition for Interpleader.

2.  Within 30 days after the deadline for the last potential claimant to respond to the Petition for Interpleader has expired, Petitioner shall move the court to enter default judgment against those potential claimants who fail to respond to the Petition for Interpleader so that they may not be considered in the Court's disbursement of the proceeds of the motor vehicle dealer bond at issue in this case.

3.  Within 30 days after the deadline for the last potential claimant to respond to the Petition for Interpleader has expired, Petitioner shall also request those potential claimants who have responded to the Petition for Interpleader to file a proof of claim with the Court and to send a copy of the claim to Petitioner within 30 days on a form provided by Petitioner.

4.  Within 60 days after the deadline for the potential claimants to file a proof of claim has expired, Petitioner shall file a motion with the Court recommending the manner in which the proceeds of the motor vehicle dealer bond should be disbursed.

Done this 18th day of January, 2007.

BY THE COURT:

_____
United States Magistrate Judge