IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01159-EWN-BNB

CNA SURETY, a/k/a WESTERN SURETY COMPANY, a South Dakota corporation,

Petitioner,

v.

AMY BARNETT, et al.,

Respondents.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw as Counsel** [docket no. 42, filed February 13, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Catherine E. McDaugale is withdrawn from the representation of petitioner and is to be removed from the electronic service.

DATED:  February 15, 2007