IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01159–EWN–BNB

CNA SURETY, a/k/a (WESTERN SURETY COMPANY), a South Dakota corporation,

    Plaintiff,

v.

BRENDA BOUSSON,
CHRISTINA COLBY,
KEVIN COLBY,
DEBORAH COMBS,
DON DAVIDSON,
TONIA DEMPS,
JAMIE P. DUBS,
FIRESIDE BANK,
FIRST FINANCIAL,
PHILISSA E. GILLIARD,
RUDOLPH GOMEZ,
LORNA HAY,
REGINALD HODGE,
TAMMY JENSEN,
CHERIE JORDACHE,
DENA MCCLAIN,
MICHAEL MCKINNON,
MELISSA MOSS,
NARVEL POMELLS,
TRAVIS TALLEY,
PATRIC TAYLOR,
TREMAYNE TAYLOR,
GERTHA WALKER,
CLAY WILLHITE,
TERISH WILLIAMS,
MARK D. WINKLER, and
CHERYL POMMELLS,

    Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 22, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. This action is DISMISSED without prejudice for lack of prosecution..

DATED this 10th day of September, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge